UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LA LY YANG, <br><br> Defendant. | No. 2:13-CR-140-FVS-2 <br><br> ORDER GRANTING DEFENDANT'S MOTION AND MODIFYING CONDITIONS OF RELEASE <br><br> ☒ MOTION GRANTED <br> **(ECF No. 111)** |

At the July 29, 2014, hearing on Defendant's Motion Motion to modify and amend this Court's Order Setting Conditions of Release, the Defendant was present, in custody, with counsel Peter S. Schweda. The United States was represented by Assistant U.S. Attorney Earl A. Hicks. Defendant seeks modification of the amount of cash to be deposited with the Clerk of the Court as a condition of release from $7,500.00 to $2,000.00. The Defendant is unable to raise the amount previously ordered. The United States did not oppose Defendant's request since the trial in this matter has now been continued to 2015.

**IT IS ORDERED** that Defendant's Motion, **ECF No. 111,** is **GRANTED.** The Order Setting Conditions of Release, ECF NO. 78, is hereby amended so that paragraph 11 shall provide for a $20,000 percentage bond, with a cash deposit of $2,000.00 with the Clerk of the Court, instead of the $75,000.00 percentage bond

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 1

originally ordered.  In addition, Defendant may have contact with her spouse, but shall not discuss the case.

Except as modified by this Order, the Order Setting Conditions of Release, ECF No. 78, shall remain the same, in full force and effect.

DATED July 29, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 2